IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DERRICK L. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| v.   ) | CASE NO.  2:12-cv-0596-TMH |
| ) | WO |
| GREG SANDERS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #4) to the Recommendation of the Magistrate Judge filed on July 23, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #3) filed on July 13, 2012 is adopted;

3. This case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

DONE this the 28th day of August, 2012.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE